541 A.2d 314

**SEALS, INC.**

v.

**The TIOGA COUNTY GRANGE MUTUAL INSURANCE COMPANY, A/K/A Tioga Mutual Insurance Co., Appellant.**

Supreme Court of Pennsylvania.

Argued May 10, 1988.

Decided May 18, 1988.

Nevin Stetler, David Mills, York, for appellant.

Robert A. Eckenrode, Carol L. Catherman, Williamsport, for appellee.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.